**The People of the State of Illinois ex rel. Stanley Peredna, appellee, v. City of Chicago et al., appellants. Gen. No. 30,628.**

Mandamus to compel issuance of retail beverage license. Judgment for petitioner. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed. Opinion filed May 25, 1926.

Francis X. Busch, Corporation Counsel, for appellants; Roy S. Gaskill, W. Arnold Amberg and Bernard A. Conlon, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Herman Feigenheimer, appellee, v. Herman Huening, appellant. Gen. No. 30,650.**

Action for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

William J. King, for appellant. Thomas J. Mullen, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**H. J. O'Shea, trading as O'Shea Employment System, appellee, v. Innis L. Robottom, defendant, and Woodward & Cochey Manufacturing Company, garnishee, appellant. Gen. No. 30,684.**

Garnishment proceedings. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed. Opinion filed May 25, 1926.

Charles Center Case, for appellant. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**W. F. Eteridge, appellee, v. Mr. and Mrs. Robert R. Hiller, trading as Sheridan Castle Apartments, appellants. Gen. No. 30,698.**

Order refusing to vacate judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Leslie H. Whipp, for appellants. A. U. Forman, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.